# MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
RACHEL ALLEN,

                Plaintiff,

     v.

INSTITUTE FOR
COMMUNITY LIVING,

                Defendant.
------------------------------------------------- x

Civil Action No. 08 Civ. 0871 (DC) (RLE)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Counsel for the respective parties herein, that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-captioned action is voluntarily dismissed in all respects, including all claims by Plaintiff, with prejudice and without costs or attorney's fees to either party.

Dated: June 4, 2008
New York, New York

_____
DAVID SEGAL, ESQ (DS-5108)
*Attorney for Plaintiff*
30 Vesey Street, Suite 900
New York, New York 10007
(212) 406-9200

_____
GEORGE R. BRENLLA, ESQ. (GB-9612)
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for Defendant*
420 Lexington Avenue, Suite 420
New York, New York 10170-0089
(212) 687-7410

SO ORDERED:

_____
HON.
DATED: 7/7/08

gtb/hvstip/ICC – Allen – 05-30-08